IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

NARCOTT DEXTER HALL, #08344031     §

VS.     §     CIVIL ACTION NO. 6:06cv32
           CRIMINAL ACTION NO. 6:98cr20-1

UNITED STATES OF AMERICA     §

ORDER ADOPTING REPORT AND RECOMMENDATION

On January 20, 2006, Petitioner Narcott Dexter Hall, an inmate confined at F.C.I. Beaumont,

Texas, filed this motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.

Pursuant to 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules

for the Assignment of Duties to United States Magistrate Judges, the motion was referred to United

States Magistrate Judge John D. Love.

The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing

proposed findings of fact and recommendations for disposition of this case.  The Report

recommended dismissing it for failure to obtain permission to proceed in a second or successive

petition.  Petitioner filed objections to the Report.

This Court made a *de novo* review of Petitioner's objections and determined that they lack

merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts

them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT**

**PREJUDICE** to his right to file a motion in the United States Court of Appeals for the Fifth Circuit

for leave to file a successive motion pursuant to 28 U.S.C. § 2255; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 27th day of February, 2006.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**